IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AUSTIN LEON TIMOTHY HAGMAN,<br><br>　　　　Defendant. | CR 25-11-H-BMM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. ___). Defendant Austin Leon Timothy Hagman has been adjudged guilty of possession with the intent to distribute controlled substances as charged in the Indictment and has admitted to its forfeiture allegation (Doc. 50). As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

Accordingly, IT IS ORDERED that the motion (Doc. 63) is GRANTED:

IT IS FURTHER ORDERED that Hagman's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2):

- Mossberg 464 rifle, 30-30 cal., S/N: LA002626
- Zastava Mark X rifle, .243 cal., S/N: B15947

- Israel Weapon Industries TAVOR TS12 shotgun, 12 gauge, S/N: H0019331
- Stag Arms STAG15, multi-cal. rifle, S/N: S038096
- Stoeger single barrel, .410 cal. shotgun, S/N: 126567-02
- Winchester 1873 rifle, .44 cal., S/N: 165902
- Disassembled 10mm firearm, S/N: none
- Any associated ammunition and accessories
- $39,339.00 in U.S. currency
- $365.00 in U.S. currency

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

\\

\\

\\

\\

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 13th day of November 2025.

_____
Brian Morris
United States District Court Judge